Theresa M. Gorton et al., appellants, v. Village of Beverly et al., appellees. Gen. No. 36,353.

Opinion filed May 23, 1933.

Dosland, Conner & Mayfield, for appellants. William H. Sexton, Corporation Counsel, Irvin Rooks (Attorney for Board of Local Improvements), Joseph J. Sullivan and Arthur A. Sullivan, Assistant Corporation Counsel, John A. Swanson, State's Attorney, John E. Pedderson and Louis H. Geiman, Assistant State's Attorneys, Thomas B. Nash (Attorney for County Treasurer), Maloney & Wooster and Langworthy, Stevens, McKeag & McCornack, for appellees; B. F. Langworthy, David B. Maloney and Joseph J. Sullivan, of counsel.

Mr. Justice Gridley delivered the opinion of the court.